## PING v. COCKYNE.

1. **Amendment:** AFTER APPEAL. Under equitable circumstances, upon proper terms and after showing of excuse for failure to plead before the justice, the defendant may be allowed to amend his answer in the circuit court after appeal.
2. **Practice:** ON APPEAL: PRINTED ABSTRACT. Under rule No. 20 of the rules of the supreme court, every part of the transcript or record relied on to show error must be contained in the printed abstract. If not so contained, errors based thereon will not be considered.

*Appeal from Des Moines Circuit Court.*

THURSDAY, OCTOBER 9.

THIS action was begun by plaintiff before a justice of the peace to recover of defendant $75 for damages done as a house carpenter — defective work. On the trial before the justice the plaintiff recovered a judgment. The defendant took an appeal to the circuit court, and there, by leave of court, he filed an additional answer, and also set up a counter-claim for carpenter work done by him for the plaintiff. The plaintiff took issue on the counter-claim, and on the trial the defendant recovered judgment. The plaintiff appeals.

*M. D. & H. O. Browning* for the appellant.

*Hall & Baldwin* for the appellee.

COLE, J. — The error first assigned is upon the leave given by the circuit court to the defendant to file an additional plead-

ing.   This may be allowed under equitable circumstances and upon proper terms, when an excuse for the failure to plead before the justice is shown.  *Warren* v. *Scott et al.*, 32 Iowa, 22. It does not appear but that such showing was made.  Besides, in this case, the other party proceeded to trial without objection to the additional pleading, by motion to strike or otherwise; nor does it appear that any exception was taken to the order of court in granting leave to file it.

The other errors assigned relate to the giving and refusing of instructions.   But as none of the instructions are embodied in the abstract or printed in connection with it or otherwise, we cannot, under our rules, consider the errors assigned.   Our rules require that every part of the transcript relied upon as error, and all that is necessary to show it such, must be printed in the abstract.

Affirmed.